UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 3:18-CR-00095-1-JRW

**BRANDON BRADY** DEFENDANT

SENTENCING MEMORANDUM

The United States has received and reviewed defendant Brady's Final Presentence Investigation Report (PSR). (DN 133, Final PSR). Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto. The United States is unaware of any unresolved substantive objections or any specific objections to the calculation of the advisory guideline contained within the PSR.

At sentencing, the United States intends to motion the Court, pursuant to U.S.S.G. § 3E1.1 (b), for an additional 1 level reduction for Mr. Brady's timely acceptance of responsibility. The United States shall make sentencing recommendations to the Court consistent with the Rule 11(c)(1)(B) plea agreement filed on February 27, 2020. (DN 117, Plea Agreement).

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/Mac Shannon
Mac Shannon
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Mac Shannon
Mac Shannon
Assistant United States Attorney