UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO.: 3:18-CR-95-JRW

BRANDON BRADY
BRENDA IBARRA
JESUS URIARTE DEFENDANTS

* * * * *

**ORDER FOR DESTRUCTION AND/OR DISPOSAL OF EVIDENCE**

This matter is before the Court for consideration of the United States' Motion for Destruction and/or Disposal of Evidence (DN 154).

On or about April 6, 2017, the Kentucky State Police and the Drug Enforcement Administration (DEA), Western District of Kentucky seized approximately ten (10) cellular phones, a Garmin GPS, four vehicles, miscellaneous documents, and two rolls of duct tape, from the Defendants, Brandon Brady, Brenda Ibarra, and Jesus Uriarte.

On February 27, 2020, Defendant Ibarra entered a Rule 11(c)(1)(B) guilty plea to violations of 18 U.S.C. § 4, as charged in Count 1 of the Superseding Information. On February 27, 2020, Defendant Brady entered a Rule 11(c)(1)(B) guilty plea to violations of 21 U.S.C. § 841(a)(1), as charged in Count 1 of the Indictment. On March 17, 2020, Defendant Uriarte entered a Rule 11(c)(1)(B) guilty plea to violations of 21 U.S.C. § 841(a)(1), as charged in Count 1 of the Indictment.

By the agreement of the parties, the 2006 red Nissan Maxima, KY license number 145 VJK shall be returned to the owner, Ashley Angle by the Kentucky State Police.

Therefore, the Court having reviewed this matter and being otherwise sufficiently advised, **IT IS HEREBY ORDERED**:

(1) The following property which was seized from the Defendants, Brandon Brady, Brenda Ibarra, and Jesus Uriarte, may be destroyed and/or disposed of in accordance with the Kentucky State Police (KSP) rules and regulations regarding the destruction and/or disposal of seized property:

a. Samsung cellular phone, model SM-J100VPP UD;

b. iPhone with pink and blue case;

c. c. ZTE cellular phone, FCC ID Q78-Z222, model Z223;

d. iPhone, model A1533, no case;

e. Alcatel one touch cellular phone, model A570BL, FCC ID 2ACCJB039;

f. Samsung SM J105M/DS, FCC ID A3LSM105M;

g. Four additional cellular phones;

h. Garmin GPS;

i. Miscellaneous documents;

j. Camera bag containing approx. 1221.51 grams of crystal meth and one set of digital scales;

k. Two (2) rolls of gray duct tape;

l. 2003 White Chevrolet SUV, KY license number 350 NJS;

m. 2006 Black Lexus, NE license number 7C1296; and

n. 2001 Blue Ford Expedition, KY license number 627 JHM.

(2) That the 2006 Red Nissan Maxima be returned to the owner, Ashley Angle by the Kentucky State Police (KSP).

Cc: Counsel of Record

Justin R Walker, District Judge
United States District Court

8/24/2020